IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                     CASE NO.: 4:08cr29-SPM

WENDALYN ANN VANN,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Defendant's Second Motion to Continue Sentencing (doc. 286) is granted. Defendant's sentencing hearing is reset for 1:30 p.m. on April 20, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 12th day of February, 2009.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge